IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PEGGY TYNDALL TURBEVILLE, )
)
        Plaintiff, )
)
    v. ) Civil No. 1:05CV00740
)
STANLY COUNTY ECONOMIC )
DEVELOPMENT COMMISSION, )
and STANLY COUNTY, A North )
Carolina Political Body, )
)
        Defendants. )

O R D E R

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith, IT IS ORDERED that Plaintiff's First and Second Causes of Action are **DISMISSED** with prejudice. IT IS FURTHER ORDERED that Plaintiff's Third and Fourth Causes of Action are **DISMISSED** without prejudice.

May 30, 2006

                                            _/s/ Frank W. Bullock, Jr._
                                            United States District Judge